AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## District of Vermont

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, | : |
| Plaintiff, | : |
| v. | : |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, Lisa P. Jackson, Administrator, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY REGION 1, H. Curtis Spalding, Regional Administrator, | : **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: 2:08-cv-238 |
| Defendants, | : |
| DEBORAH MARKOWITZ, in her official capacity as Secretary of the Vermont Agency of Natural Resources, | : |
| Intervenor-Defendant. | : |

____ **Jury Verdict.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order (Document No. 53) filed February 4, 2011, plaintiff's Stipulated Motion to Dismiss and Request that the Court Enter Final Judgment (Document No. 52) is GRANTED. This case is HEREBY DISMISSED with prejudice.

Date: February 7, 2011

JEFFREY S. EATON
Clerk

*/s/ Lisa Wright*
(By) Deputy Clerk

**JUDGMENT ENTERED ON DOCKET**
**DATE: February 7, 2011**